# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DOUGLAS OLIVER KELLY,<br><br>    Petitioner,<br><br>    v.<br><br>GENA JONES, Warden,<br>California Health Care Facility.<br><br>    Respondent. | NO. 22-CV-06460-MRA<br><br>**ORDER GRANTING PETITIONER'S FIRST UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO FILE MERITS REPLY** |

For good cause, Petitioner Douglas Oliver Kelly's Unopposed Application for Extension of Time to File Kelly's Merits Reply is granted. The deadline to file Petitioner's Merits Reply is extended up to and including December 9, 2024.

DATED: July 03, 2024

                                      Hon. Mónica Ramírez Almadani
                                      United States District Judge